UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**RICHARD LEE GALYAN**,   Civil Case No. 6:11-CV-06301-KI

    Plaintiff,

                                    JUDGMENT

                v.

**OREGON DEPARTMENT OF CORRECTIONS,** *et al.,*

    Defendants.

    Richard Lee Galyan
    338 Highway 99 North
    Eugene, Oregon  97402

        Pro Se Plaintiff

    Eric A. Lindenauer
    John C. Rothermich
    Garvey Schubert Barer
    121 SW Morrison Street, 11th Floor
    Portland, Oregon   97204-3141

        Attorneys for Defendant Correctional Health Partners, LLC

Page 1 - JUDGMENT

       John R. Kroger
       Attorney General
       Michael R Washington
       Oregon Department of Justice, Trial Division
       1162 Court Street NE
       Salem, Oregon   97301

              Attorneys for Defendants Gower, Thompson, Parker, McLean, Irving, Shelton, Angelozzi, Fitzpatrick

KING, Judge:

       Based on the record,

       IT IS ORDERED AND ADJUDGED that all claims against the ODOC defendants are dismissed without prejudice. The Eighth Amendment claim against Correctional Health Partners is dismissed with prejudice and the remaining state law claims are dismissed without prejudice.

       Dated this       12th       day of July, 2012.

                                          /s/ Garr M. King
                                          Garr M. King
                                          United States District Judge